IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-00448-RJC-DSC

| | |
|---|---|
| L.K. AND A.K. on their behalf and on behalf of their son, T.K.,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLOTTE-MECKLENBURG BOARD OF EDUCATION,<br><br>Defendant. | **ORDER** |

**THIS MATTER** is before the Court on "Plaintiffs' Motion to Stay the Initial Attorneys' Conference" (document #11) filed June 16, 2016.

Plaintiffs' Motion is premised on their counsel's stated intention to withdraw from representation. In the three weeks since filing the Motion, Plaintiffs' counsel has not moved to withdraw and substitute counsel has not made an appearance. For those reasons, Plaintiffs' Motion is denied.

The parties' shall conduct the IAC within fourteen days of this Order and file their IAC certification within seven days of their conference.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED.**

Signed: July 7, 2016

David S. Cayer
United States Magistrate Judge